**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BARBARA BORDELON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 9:08CV134 |
| v. | § | |
| | § | |
| SCI TEXAS FUNERAL SERVICES, INC. | § | JUDGE RON CLARK |
| d/b/a GIPSON FUNERAL HOME, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the court is Plaintiff's and Defendant's joint stipulation of dismissal, requesting that the court enter dismissal with prejudice of the claims in this lawsuit [Doc. #49]. The court is of the opinion that this stipulation should be granted.

Therefore, Plaintiff's and Defendant's Joint Stipulation of Dismissal with Prejudice [Doc. #49] is hereby **GRANTED**. It is **ORDERED** that all claims in this lawsuit are **DISMISSED** with prejudice, with each party to bear its own costs. It is further **ORDERED** that all pending motions not previously adjudicated by the court are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **28** day of **August, 2009.**

_____
Ron Clark, United States District Judge